IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| MARY ANN CARSON, *et al.*, : | |
| : | |
| Plaintiffs, : | Case No. 2:22-cv-0113 |
| : | |
| v. : | Chief Judge Algenon L. Marbley |
| : | |
| JOAQUIN D. PRANGE, *et al.*, : | Magistrate Judge Elizabeth P. Deavers |
| : | |
| Defendants. : | |

## ORDER

This Order memorializes the parties' status conference, held July 20, 2022. Plaintiffs reported a settlement in principle with Defendant Prange, which will resolve all claims between them. Pending finalization of the settlement agreement, this case is **STAYED**. The parties shall have until and including **September 6, 2022,** to file their dismissal papers, unless the Court extends the deadline for good cause shown. Following finalization of the settlement agreement, the Court will remand all remaining claims to the Fayette County Court of Common Pleas.

IT IS SO ORDERED.

ALGENON L. MARBLEY
CHIEF UNITED STATES DISTRICT JUDGE

DATED: July 20, 2022