# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **MARY ANN CARSON and** **MICHAEL R. CARSON,** | Case No. 2:22-cv-0113 |
| **Plaintiffs,** | Chief Judge Algenon L. Marbley |
| v. | Magistrate Judge Elizabeth P. Deavers |
| **JOAQUIN D. PRANGE**, *et al.*, | |
| **Defendants.** | |

## ORDER

Plaintiffs Mary Ann Carson and Michael Carson join Defendants Joaquin Prange and EAN Holdings, LLC in their Joint Motion to Dismiss Defendants Joaquin Prange and EAN Holdings, LLC, filed before this Court pursuant to Federal Rule of Civil Procedure 21(a). (ECF No. 27). The parties have settled the claims between them and concur that the aforenamed Defendants should be dismissed from this action with prejudice.

The parties' Joint Motion to Dismiss Defendants Joaquin Prange and EAN Holdings, LLC is **GRANTED**. Accordingly, pursuant to Federal Rule of Civil Procedure 21(a), the claims against Defendants Joaquin Prange and EAN Holdings, LLC are hereby **SEVERED** and **DISMISSED WITH PREJUDICE**, and Defendants Joaquin Prange and EAN Holdings, LLC are **DISMISSED** as parties to this action **WITH PREJUDICE**. All pending motions are **DENIED as MOOT**. Plaintiffs and Defendants Joaquin Prange and EAN Holdings, LLC will bear their own costs and attorney's fees, per their agreement.

Plaintiffs' claims against all other remaining Defendants will remain pending. Having hereby dismissed all diverse Defendants from this action, the Court **DECLINES** supplemental

jurisdiction over the remaining claims against the non-moving parties and **REMANDS** this action to the Court of Common Pleas for Fayette County, Ohio for further proceedings.

**IT IS SO ORDERED.**

ALGENON L. MARBLEY<br>
CHIEF UNITED STATES DISTRICT JUDGE

DATED: September 2, 2022